# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: 23-6791, Burrell v. Shirley

I, William Treanor, Dean of Georgetown Law Center, a law school approved by the American Bar Association, do hereby certify that Kayla Minton Kaufman (Name of student), whose signature appears hereon, is a duly enrolled student of good character and competent legal ability who, having completed legal studies equivalent to at least four semesters, is adequately trained to practice under the rules of the court.

_/s/ William M. Treanor_
Signature of Dean

Date: 02/14/2024

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: 23-6791, Burrell v. Shirley

I, Kayla Minton Kaufman, hereby state that I have read and am familiar with the Code of Professional Responsibility or Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46(a), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services. My email address, to be used for electronic service in this case, is: kmk334@georgetown.edu.

_/s/ K. M. Kaufman_
Signature of Student

Date: 02/14/24

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: 23-6791, Burrell v. Shirley

I agree to work with **Kayla Minton Kaufman** as supervising attorney in the
_Name of student_

above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_____          01/17/24
Signature of Supervising Attorney                Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: 23-6791, Burrell v. Shirley

I agree to be represented on appeal in the United States Court of Appeals for the Fourth Circuit by:

**Kayla Minton Kaufman**, a third-year law student who has
_Name of law student_

been certified by the Dean of **Georgetown Law Center** as qualified
_Name of law school_

to practice before the United States Court of Appeals for the Fourth Circuit under the rules of the court.

I understand that **Erica Hashimoto**, a member of the
_Name of supervising attorney_

Fourth Circuit bar, will supervise the work of the law student on my behalf.

_____          1/25/2024
Signature of Party                                        Date

2 of 2